UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEON ALLRED,<br>　　　　Petitioner,<br>　v.<br>CYNTHIA ENTZEL, Warden,<br>　　　　Respondent. | NO. EDCV 17-488-RGK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: August 11, 2017

_____
R. GARY KLAUSNER
United States District Judge